**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

PATRICIA HAMMERQUIST AND SUSAN : No. 98 EAL 2017
PRESSLER, CO-EXECUTRICES OF THE :
ESTATE OF DOLORES R. SHIELDS, :
: Petition for Allowance of Appeal from
Petitioners : the Order of the Superior Court
:
:
v. :
:
:
VIDYA S. BANKA, M.D., SAHIL S. :
BANKA, M.D., VIDYA S. BANKA, M.D. & :
ASSOCIATES, P.C., PENNSYLVANIA :
HOSPITAL PENN MEDICINE D/B/A :
PENNSYLVANIA HOSPITAL THE :
UNIVERSITY OF PENNSYLVANIA :
HEALTH SYSTEM AND THE TRUSTEES :
OF THE UNIVERSITY OF :
PENNSYLANIA, :
:
Respondents :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.